PROB 12C
(7/93)

# United States District Court

for

## District of New Jersey

### Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** James Tyrone Ahmadi  **Docket Number:** 07-00116-001
 **PACTS Number:** 002952

**Name of Sentencing Judicial Officer:** HONORABLE Jose L. Linares

**Date of Original Sentence:** 07/17/07

**Original Offense:** ESCAPE

**Original Sentence:** 17 months imprisonment; 3 years supervised release. Special conditions: drug treatment; mental health treatment; DNA.

**Date of Violation Sentence (#1):** 08/12/08

**Violation of Supervised Release Sentence (#1):** 8 months imprisonment; Re-imposition of 1 year supervised release. Special Conditions: drug treatment (inpatient basis for six months); mental health treatment; domestic violence counseling.

**Date of Violation Sentence (#2):** 09/11/09

**Violation of Supervised Release Sentence (#2):** Time served: Re-imposition of 1 year supervised release. Special conditions: submit for a physical examination by Friday, September 18, 2009; 6 month inpatient drug treatment at Straight & Narrow.

**Type of Supervision:** supervised release  **Date Supervision Commenced:** 09/11/09

**Assistant U.S. Attorney:** Eric Moran, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Peter Carter, 1002 Broad Street, Newark, New Jersey 07102, (973) 645-6347

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five** |

days of each month.'

The offender failed to report to the probation office, as scheduled, on November 17, 2009.

2   The offender has violated the supervision condition which states '**The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**'

The offender has failed to submit to drug treatment. He was scheduled to be transported to inpatient drug treatment on November 19, 2009, and failed to appear.

3   The offender has violated the supervision condition which states '**You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**'

The offender has admitted to the use of illegal substances, specifically heroin, from November 17, 2009, to November 22, 2009.

The Probation Office has determined this conduct constitutes a **Grade C violation**.

I declare under penalty of perjury that the foregoing is true and correct.

By: Susan E. Karlak
Senior U.S. Probation Officer
Date: 11/23/09

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

Signature of Judicial Officer

12/8/09
Date